JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>ART & ARCHITECTURE BOOKS OF THE 21st CENTURY,<br><br>    Debtor. | Case No. 2:21-cv-06006-JWH<br><br>USBC Central District of California, Los Angeles, Bankruptcy Case No. 2:13-bk-14135-RK Chapter 11; Adversary Proceeding No. 2:15-ap-01679-RK |
| SAM LESLIE, PLAN AGENT FOR ART & ARCHITECTURE BOOKS OF THE 21st CENTURY,<br><br>    Plaintiff,<br><br>    v.<br><br>ACE GALLERY NEW YORK CORPORATION,<br>ACE GALLERY NEW YORK, INC.,<br>ACE MUSEUM,<br>DOUGLAS CHRISMAS,<br>JENNIFER KELLEN, and<br>SHIRLEY HOLST,<br><br>    Defendants. | Consolidated with:<br><br>Adversary Proceeding No. 2:15-ap-01680-RK and Adversary Proceeding No. 2:14ap-01771-RK<br><br>**JUDGMENT** |
| 400 S. LA BREA, LLC,<br><br>    Crossclaimant,<br><br>    v.<br><br>ACE GALLERY NEW YORK CORPORATION,<br>ACE GALLERY NEW YORK, INC.,<br>ACE MUSEUM, | |

| | |
|---|---|
| 1<br>2<br>3 | DOUGLAS CHRISMAS, and SAM LESLIE as TRUSTEE OF THE PLAN TRUST FOR ART & ARCHITECTURE BOOKS OF THE 21st CENTURY, |
| 4 | Crossdefendants, |
| 5 | DOUGLAS CHRISMAS, |
| 6 | Counterclaimant, |
| 7 | v. |
| 8<br>9 | ART & ARCHITECTURE BOOKS OF THE 21st CENTURY, |
| | Counterdefendant. |

In accordance with the "Order Adopting Amended Report and Recommendation of the United States Bankruptcy Court" entered substantially contemporaneously herewith,

It is hereby **ORDERED, ADJUDGED,** and **DECREED** as follows:

1. This Court possess subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1334.

2. Judgment is hereby **ENTERED** in **FAVOR** of Plaintiff-in-Intervention Raymond Pettibon on his motion for summary judgment filed in the Adversary Proceeding No. 2:15-ap-01679-RK, and **AGAINST** Defendant-in-intervention Douglas Christmas and **AGAINST** Plaintiff Sam Leslie, Plan Agent for Debtor Art & Architecture Books of the 21st Century. It is hereby **DECLARED** that Raymond Pettibon owns each of the Pettibon Drawings.

3. Plaintiff Sam Leslie, Plan Agent for Debtor Art & Architecture Books of the 21st Century, is **DIRECTED** to return the Pettibon Drawings to Robert Pettibon forthwith.

4. Other than potential post-judgment remedies (including those provided in Rule 54(d) of the Federal Rules of Civil Procedure), to the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: February 18, 2025

John W. Holcomb
UNITED STATES DISTRICT JUDGE

-3-